CAUSE NO. V-100850-00B

BRIAN DAMON WARD. #1426930
PRO SE

§ 181ST. DISTRICT COURT
§
VS.
§ FOR THE DISTRICT OF
§
TDCJ. WARDEN ADAMS. ETAL.
§ POTTER COUNTY, TEXAS

FILED
FEB 05 2015
SEVENTH COURT OF APPEALS

## MOTION TO APPEAL

TO THE JUDGE OF SAID COURT;

COMES NOW PLAINTIFF BRIAN DAMON WARD. AND FILES THIS. HIS MOTION TO APPEAL JUDGEMENT DISMISSING CLAIMS IN THE ABOVE CAUSE. AND LISTS THE BELOW FACTS IN SUPPORT THEREOF.

### I.

BECAUSE PLAINTIFF'S CLAIMS WHERE DISMISSED WITHOUT NOTICE TO HIM. PLAINTIFF WAS UNAWARE OF DISMISSAL. UNTIL AFTER HE RECIEVED RESPONSE FROM THE SEVENTH COURT OF APPEALS. ON PLAINTIFF'S PETITION FOR WRIT OF MANDAMUS. THAT WAS RULED ON JANUARY 20. 2015.

### II.

PLAINTIFF NOW BEING MADE AWARE OF THE DISMISSAL. APPEALS TO THE SEVENTH DISTRICT COURT OF APPEALS.

RESPECTFULLY SUBMITTED.

THIS DAY    FEBURARY 02   2015

SIGNED _____ (MR BRIAN DAMON WARD) 1426930

MR BRIAN DAMON WARD T-DCT #1942693
WILLIAM P. CLEMENTS UNIT
9601 SPUR 591
AMARILLO, TEXAS 79107-9606



AMARILLO TX 791

03 FEB 2015 PM 2 T

CLERK
VIVIAN A. LONG
URGENT LEGAL MAIL
COURT OF APPEALS
SEVENTH DISTRICT OF TEXAS
P.O. Box 9540
AMARILLO, TEXAS 79105-9540